338

JOHN J. STEHR, PLAINTIFF-RESPONDENT, v. ALTON L. SAWYER, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 73 *N. J. Super.* 394.

*Messrs. Morris, Downing & Sherred* and *Mr. John R. Knox* for the petitioners.

*Messrs. Dolan & Dolan* and *Mr. Francis E. Bright* for the respondent.

October 1, 1962. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAROLD FORGANG, DEFENDANT-PETITIONER.

*Mr. George R. Handler* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the respondent.

October 1, 1962. Denied.